PROB 22
(Rev. 02/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0758 3:09CR00150-001

DOCKET NUMBER (Rec. Court)
19cr 10371

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Trevor Lucas<br>Milwaukee, Wisconsin | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William M. Conley | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07/19/2019 — TO 07/18/2024 |

**OFFENSE**

21 U.S.C. § 924 (c) – Use of a Firearm in Relation to a Crime of Violence [attempted kidnapping, a violation of 18 U.S.C. § 1201(a) and (3)]; a Class A felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/26/2019
Date

/s/ Conley
United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __District of Massachusetts__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

10/1/19
Effective Date

/s/ Paul B. Saris
United States District Judge



# Memorandum

**To:** Honorable Patti B. Saris,
Chief U.S. District Judge

**From:** Christopher Foster
U.S. Probation Officer

**Re:** Lucas, Trevor
Docket#: 09-CR-00150
**Transfer of Jurisdiction**

**Date:** September 30, 2019

On February 23, 2011, the above-named appeared in the Western District of Wisconsin charged with Use of a Firearm in relation to a crime of violence. The defendant was sentenced to 210 months BOP; 5 years supervised release.

Special Conditions: Defendant shall not illegally possess a controlled substance; shall not possess a firearm, destructive device; or other dangerous weapon; register with local law enforcement agencies; provide requested financial information including copies of state and federal taxes; subject person, property, residence office or vehicle to a search; have no contact with victims and shall not enter the premises or loiter within 1000 feet of the victim's residence or employment; notify probation of any devices associated with information technology, probation is authorized to install any application as necessary to monitor media devices; prohibited from possessing firearms, knives, stun guns, dangerous devices, explosives and restraining devices.
Special Assessment: $100.00

The Western District of Wisconsin has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Mr. Lucas plans to live in this district permanently.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this. Please execute the attached PF-22 forms if you concur. Thank you.