AO 442 (Rev. 10/03) Warrant for Arrest

**FILED IN CLERKS OFFICE**
2020 JUL 31 AM 10:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

UNITED STATES OF AMERICA

V.

Trevor Lucas

## WARRANT FOR ARREST

Case Number: 19-10371-DJC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Trevor Lucas__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| Matthew McKillop | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 7/28/20 — U.S. District Court, Boston MA |
| Title of Issuing Officer | Date — Location |

RETURN

WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 02-29-2020

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |